

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Catarino Ybarra Jr.,                       * From the 238th District Court
                                             of Midland County
                                             Trial Court No. CR46737.

Vs. No. 11-16-00219-CR                     * August 23, 2018

The State of Texas,                        * Memorandum Opinion by Wright, S.C.J.
                                             (Panel consists of: Bailey, J.;
                                             Gray, C.J., sitting by assignment; and
                                             Wright, S.C.J., sitting by assignment)
                                             (Willson, J., not participating)

        This court has inspected the record in this cause and concludes that there
is no error in the judgments below.  Therefore, in accordance with this court's
opinion, the judgments of the trial court are in all things affirmed.